James E. Harward (Utah Bar #4702)
HARWARD & ASSOCIATES
10542 South Jordan Gateway, Suite 300
South Jordan, Utah 84095
Phone: (801) 506-3800
Fax: (801) 795-7440
Email: james.harward@harwardlaw.com
*Attorneys for Defendant Bryan B. Davis*
*Attorneys for Plaintiff*

Milo Steven Marsden (#4879)
Bryon J. Benevento (#5254)
Kimberly Neville (#9067)
**DORSEY & WHITNEY LLP**
136 So. Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7360
benevento.bryon@dorsey.com
marsden.steve@dorsey.com
neville.kimberly@dorsey.com

*Attorneys for Defendants Aaron Garrity, Joseph Morton, Kent Wood, Beverly Hollister, Leslie Gallacher, Gary Hollister, and Gordon Morton*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BRYAN B. DAVIS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AARON GARRITY, an individual, GARY HOLLISTER, an individual, GORDON MORTON, an individual, JOSEPH MORTON, an individual, and KENT WOOD, an individual; NATE BROWN, an individual; BEVERLY HOLLISTER, an | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Case No.: 2:13-cv-00349 <br> Magistrate Judge David Sam |

| individual; BRYON J. BENEVENTO, an individual, LESLIE A. GALLACHER, an individual. | |
|---|---|
| Defendants. | |

Plaintiff and Defendants, by and through their undersigned counsel of record, hereby stipulate to an Order of Dismissal with Prejudice in accordance with Rule 41 of the Federal Rules of Civil Procedure. The Parties have reached a settlement in the above-captioned matter, and the dispute has been fully resolved.

For Plaintiff:

By: _____
James E. Harward
*Attorneys for Plaintiff Bryan B. Davis*

For Defendants:

By: _____
Milo Steven Marsden
Bryon J. Benevento
Kimberly Neville
*Attorneys for Defendants Aaron Garrity, Joseph Morton, Kent Wood, Beverly Hollister, Leslie Gallacher, Gary Hollister, and Gordon Morton*

NELSON CHRISTENSEN
HOLLINGWORTH & WILLIAMS

By: _____
Jeffery S. Williams
*Attorneys for Defendant Nate Brown*


HOLLAND AND HART LLP

By: _____
George Haley
*Attorneys for Defendant Byron Benevento*

NELSON CHRISTENSEN
HOLLINGWORTH & WILLIAMS

By: _____
Jeffery S. Williams
*Attorneys for Defendant Nate Brown*


HOLLAND AND HART LLP

By: _____
George Haley
*Attorneys for Defendant Byron Benevento*