THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
2014 FEB 27 A 11:04
DISTRICT OF UTAH
BY)_____
DEPUTY CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| BRYAN B. DAVIS, an individual<br><br>    Plaintiff,<br><br>  v.<br><br>AARON GARRITY, an individual, GARY HOLLISTER, an individual, GORDON MORTON, an individual, JOSEPH MORTON, an individual, and KENT WOOD, an individual; NATE BROWN, an individual, BEVERLY HOLLISTER, an individual; BRYON J. BENEVENTO, an individual; LESLIE A. GALLACHER, an individual.<br><br>    Defendant. | Case No. 2:13CV349 DS<br><br><br><br>**ORDER OF DISMISSAL** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to the parties' Stipulation of Dismissal (Doc. #56), the above-captioned matter is hereby dismissed with prejudice, and the two pending motions to dismiss (Doc. #25 and #27) are rendered moot.

SO ORDERED.

DATED this 26th day of February, 2014.

BY THE COURT

_(signature)_

DAVID SAM
SENIOR JUDGE
U.S. DISTRICT COURT